# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDGAR L. JOHNSON, JR., individually and on behalf of all others similarly situated, and derivatively on behalf of TOWER BANCORP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAMUEL, CHARLES PEARSON, CLIFFORD DEBAPTISTE, JEFFREY LEHMAN, KENNETH LEHMAN, EDWARD LEO, MICHAEL PECK, WILLIAM POMMERENING, ROBERT POOLE, TERRY RANDALL, HASU SHAH, KLARE SUNDERLAND and TOWER BANCORP, INC.,<br><br>Defendants. | No. 1:11-CV-01777-SHR<br><br>Hon. Sylvia H. Rambo |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 21, 2012, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Sylvia H. Rambo, Judge of the U.S. District Court for the Middle District of Pennsylvania, Courtoom

3, Federal Building and U.S. Courthouse, 228 Walnut Street, Harrisburg, Pennsylvania, plaintiffs Edgar L. Johnson, Jr., Stephen Bushansky and James T. Duffey (collectively, "Plaintiffs") will and hereby do move pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order to determine whether: (i) the Settlement Class should be certified for settlement purposes; (ii) the proposed settlement (the "Settlement") of this class action as set forth in the Stipulation and Agreement of Compromise, Settlement and Release dated March 9, 2012 and filed with the Court on June 11, 2012 (Docket No. 12) (the "Stipulation") on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate to the Settlement Class and should be approved by the Court; (iii) granting approval of an award of Plaintiffs' Counsel's fees and expenses in the agreed-to amount of $332,500; and (iv) rule on such other matters as the Court may deem appropriate.

The Settlement, agreed to by Plaintiffs and defendants Andrew S. Samuel, Clifford E. DeBaptiste, Edward A. Leo, Jeffrey F. Lehman, Charles C. Pearson, Jr., William E. Pommerening, Michael A. Peck, Robert E. Poole, Jr., Klare S. Sunderland, Kenneth R. Lehman, Terry L. Randall, and Hasu P. Shah, along with Tower Bancorp, Inc. and Susquehanna Bancshares, Inc.[1] (collectively, "Defendants") is memorialized the Stipulation. The Settlement is based upon Defendants' agreement to issue supplemental disclosures demanded by Plaintiffs in

---

[1] Susquehanna is named as a defendant in the Bushansky Action but not the Captioned Action. However, for purposes of the Stipulation and the Settlement, Susquehanna submits to the jurisdiction of this Court.

a revised proxy statement, which the Defendants filed with the U.S. Securities and Exchange Commission on October 3, 2011.

Plaintiffs' Counsel believe this Settlement is an excellent result under the circumstances, resulting from arm's-length negotiations by highly experienced counsel on both sides. The Settlement provided a valuable result to Tower shareholders, and provided more complete information that allowed them to make a fully-informed decision on the merits of the merger of Tower and Susquehanna. For the reasons set forth below, Plaintiffs respectfully request that the Court grant final approval of the Settlement and award fees and reimbursement of expenses to Plaintiffs' Counsel, agreed to and to be paid by Defendants, in the amount of $332,500.

This Motion is based on the Stipulation, this Motion, the accompanying Memorandum of Law, the supporting Declaration of Sandra G. Smith, Esquire, the [Proposed] Final Order and Judgment submitted concurrently herewith, all pleadings and papers filed in this action, the arguments of counsel, and any other matters that the Court may consider at the hearing on this Motion.

Dated: August 14, 2012

s/ Jacob A. Goldberg

Jacob A. Goldberg (PA #66399)
Sandra G. Smith (PA #84655)
FARUQI & FARUQI, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046

Telephone: (215) 277-5770
Facsimile: (215) 277-5771
*Attorneys for Edgar L. Johnson Jr. and James T. Duffey*

Donald J. Enright
LEVI & KORSINSKY, LLP
1101 30th Street, NW
Suite 115
Washington, DC 20007
*Attorneys for Edgar L. Johnson Jr.*

Joseph H. Weiss
Richard A. Acocelli
Julia J. Sun
WEISS & LURIE
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
*Attorneys for Stephen Bushansky*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 14, 2012 the foregoing Plaintiffs' Final Approval of Settlement and Award of Attorneys' Fees and Expenses, Memorandum of Law and supporting documents were filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

s/ Jacob A. Goldberg
Jacob A. Goldberg